[Crim. No. 3234.  In Bank.—May 15, 1929.]

In the Matter of the Application of A. EMORY WISHON for Writ of Habeas Corpus.

Murray Bourne and Thelen & Marrin for Petitioner.

U. S. Webb, Attorney-General, and Charles A. Wetmore, Deputy Attorney-General, for Respondent.

THE COURT.—■ Upon the authority of the *Matter of the Application of Battelle for Writ of Habeas Corpus,* filed May 14, 1929, *ante,* p. 227 [277 Pac. 725], the order for commitment herein is vacated and the petitioner discharged.